**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

> The Court acknowledges the Joint Stipulation of Dismissal, dkt. 68. JPH, 2/21/2020 Distribution via ECF.

| | |
|---|---|
| APRIL HENTHORN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ROYAL ADMINISTRATION SERVICES, INC.,<br><br>    Defendant. | CASE NO. 1:18-cv-01742-JPH-DML |

### JOINT STIPULATION OF DISMISSAL

The parties, by their respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

*/s/ Eric S. Pavlack*
Eric S. Pavlack
Colin E. Flora
PAVLACK LAW, LLC
50 E. 91st St., Ste. 317
Indianapolis, IN 46240
(317) 251-1100
(317) 252-0352 *fax*
*Eric@PavlackLawFirm.com*
*Colin@PavlackLawFirm.com*

G. John Cento
CENTO LAW, LLC
5666 Carrollton Avenue
Indianapolis, IN 46220
*Cento@CentoLaw.com*

*/s/ Craig W. Wiley*
Craig W. Wiley
JACKSON LEWIS P.C.
211 N. Pennsylvania St., Ste. 1700
Indianapolis, IN 46204
*Craig.Wiley@JacksonLewis.com*